IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHNNY E. BRINSON,           )
                             )
    Plaintiff,               )
                             )
v.                           )   CASE NO. CV408-242
                             )
WARDEN THALRONE WILLIAMS,    )
OFFICER J. WILLIAMS, and BRIAN )
OWENS,                       )
                             )
    Defendants.              )
                             )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 17), to which objections have been filed (Doc. 19). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ADOPTS** the same as its Opinion. The claims against Defendants Thalrone Williams and Brian Owens are **DISMISSED**, the suit may continue with respect to Defendant J. Williams.

SO ORDERED this 28th day of October, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA